

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED

AUG 1 9 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:10-00130

21 U.S.C. § 843(a)(3)

TERRY TOMBLIN

# I N F O R M A T I O N

The United States Attorney Charges:

On or about May 7, 2009, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant TERRY TOMBLIN did knowingly and intentionally acquire and obtain possession of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
MONICA L. DILLON
Assistant United States Attorney